

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Michael Allen Stites,                       * From the 42nd District Court
                                              of Taylor County
                                              Trial Court No. 26012A.

Vs. No. 11-16-00266-CR                       * November 30, 2017

The State of Texas,                          * Memorandum Opinion by Willson, J.
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.